# EXHIBIT A

TO: Mr. TOUSSIE COMPANY:

Amount: $388.00          Sequence Number: 437099_44
Account: 9425_95125      Capture Date: 01/20/2010
Bank Number: 02_00032    Check Number: 2499

**ROBERT I. TOUSSIE**
**LAURA TOUSSIE**
290 EXETER STREET
BROOKLYN, NY 11235

Check No. 2499
Date: 1/14/10
Pay to the order of: Alan Rodriguez Agency — $388
Three hundred eighty eight dollars

Bank of America — Premier Banking

For: 180 464 1493

:021000322: 0094251951123 2499   /000000388000/

Endorsements:
- FOR DEPOSIT ONLY ALLSTATE INSURANCE CO ALAN RODRIGUEZ AGENT #14C290 BANK OF AMERICA 375450404414
- Huntington National Bank
- CENTRALIZED RETURNS
- BANK OF AMERICA
- 4370991144