UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
ROBERT TOUSSIE,

                       Plaintiff,

            -against-

ALLSTATE INSURANCE COMPANY, et al,

                       Defendants.
-------------------------------------------------------------------------X

<u>ORDER</u>

CV 14-2705 (FB) (JO)

        To avoid any appearance of impropriety, pursuant to 28 U.S.C. § 455(a), I recuse myself.

**SO ORDERED**:

Dated: Brooklyn, New York
       May 1, 2014

                                                /s/ James Orenstein
                                               JAMES ORENSTEIN
                                               United States Magistrate Judge