UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE HURRICANE SANDY CASES

------------------------------------------------------------X

THIS DOCUMENT APPLIES TO:

**ALL RELATED CASES**

------------------------------------------------------------X

**ORDER**

14 MC 41

CASE MANAGEMENT ORDER NO. 5

On May 1, 2014, conferences were held in the following Hurricane Sandy Cases before Magistrate Judge Pollak: Docket Nos. 13 CV 6648, 13 CV 6654, 13 CV 6673, 13 CV 6690, 13 CV 6696, 13 CV 6705, 13 CV 6708, 13 CV 6710, and 14 CV 289. Based on the discussions that took place at these conferences, the Court has identified various issues that appear to be common problems in a number of the cases. For example, an issue was raised as to apparent discrepancies in the verification of certain documents and specifically, the authenticity of plaintiffs' signatures. Another common issue appears to be a lack of sufficient documentation relating to repairs that have been performed to date.

By **May 15, 2014**, defendants are directed to provide the Court with a list of the commonly occurring deficiencies in discovery that defendants have identified and believe will prevent meaningful settlement discussions, along with a list of the docket numbers of the cases in which each such problem has occurred.

To the extent that plaintiffs are aware of any of these deficiencies identified during the May 1, 2014 conferences occurring in their own cases, they should take the necessary steps to immediately remedy such deficiencies.

1

The Clerk is directed to send copies of this Order to the parties either electronically through the Electronic Case Filing (ECF) system or by mail.

**SO ORDERED**.

Dated: Brooklyn, New York
May 2, 2014

/S/   CHERYL L. POLLAK
Cheryl L. Pollak
United States Magistrate Judge

/S/   GARY BROWN
Gary Brown
United States Magistrate Judge

/S/ RAMON E. REYES
Ramon E. Reyes, Jr.
United States Magistrate Judge