UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

IN RE HURRICANE SANDY CASES

**ORDER**

14 MC 41

---------------------------------------------------------------X

THIS DOCUMENT APPLIES TO:

**ALL RELATED CASES**

---------------------------------------------------------------X

MODIFICATION OF CASE MANAGEMENT ORDER NO. 1

Case Management Order No. 1 ("CMO 1") is modified to permit information exchanged after April 21, 2014 (the deadline for the first phase of automatic discovery required under CMO 1) to be used during case mediations. (See CMO 1 at 6-9).

Additionally, defendants' request for additional time to provide the Sandy Subcommittee with a list of cases for early settlement is granted.

1

The Clerk is directed to send copies of this Order to the parties either electronically through the Electronic Case Filing (ECF) system or by mail.

**SO ORDERED**.

Dated: Brooklyn, New York
May 2, 2014

/S/   CHERYL L. POLLAK
Cheryl L. Pollak
United States Magistrate Judge


/S/   GARY BROWN
Gary Brown
United States Magistrate Judge


/S/ RAMON E. REYES
Ramon E. Reyes, Jr.
United States Magistrate Judge