**WHITE FLEISCHNER & FINO, LLP**

61 BROADWAY, NEW YORK, NY 10006
T 212.487.9700   F 212.487.9777   WWW.WFF-LAW.COM

May 02, 2014

The Honorable Gary R. Brown
The Honorable Cheryl L. Pollak
The Honorable Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East, Rm. N208
Brooklyn, New York 11201

Re:   In Re Hurricane Sandy Cases
      United States District Court for the Eastern District of New York
      Docket No.: 14 MC 41

Dear Magistrate Judges:

I have received several suggestions of exemplary cases from defense counsel and we are in the process of ascertaining which to recommend for Your Honors' consideration for mediation.

I would respectfully request an extension of time until May 7, 2014 to submit the list. Please accept my apologies for the delay.

Very truly yours,

WHITE FLEISCHNER & FINO, LLP

*[signature]*

Jared T. Greisman
jgreisman@wff-law.com

JTG/bp

A NEW YORK LIMITED LIABILITY PARTNERSHIP

HOLMDEL, NEW JERSEY   •   WHITE PLAINS, NEW YORK   •   GARDEN CITY, NEW YORK
PHILADELPHIA, PENNSYLVANIA   •   BOCA RATON, FLORIDA
LONDON, ENGLAND

cc:

*Via Email:* *gjnielsen@nct-law.com*
Gerald J. Nielsen
Nielsen, Carter & Treas, LLC
3838 N. Causeway Blvd.
Suite 2850
Metairie, LA 70002
(504) 837-2500
(504) 832-9165 (fax)

*Via Email:* *jdelgado@merlinlawgroup.com*
Javier Delgado
Merlin Law Group, P.A.
100 Park Avenue, 16th Floor
New York, NY 10017
(212) 351-5017
(212) 880-6499

*Via Email:* *tracey@ghwlegal.com*
Tracey Rannals Bryan
Gauthier, Houghtaling & Williams
3500 N. Hullen Street
Metairie, LA 70002
(504) 456-8600
(504) 456-8624