UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE HURRICANE SANDY CASES

------------------------------------------------------------X

**ORDER**

14 MC 41

THIS DOCUMENT APPLIES TO:

**ALL RELATED CASES**

------------------------------------------------------------X

     Pursuant to Case Management Order Number 1 ("CMO 1"), the parties were Ordered to submit a Notice of Arbitration in accordance with Local Rule 83.7, or alternatively, to submit a stipulation consenting to mediation, within 14 days of the completion of expedited discovery. (CMO 1 at 10, see also CMO 1, Exs. C, D). To ease administration and assignment of these cases, counsel in all Hurricane Sandy Cases are hereby Ordered to submit copies of any stipulations for mediation and arbitration to Liaison Counsel by **May 22, 2014**, and to indicate on such stipulations whether the parties are seeking to use private mediators or the Court's mediation program.

     To further assist the Court, Liaison Counsel is directed to compile a list of these stipulations, and to designate on such list whether the parties in a particular case seek to engage in arbitration or mediation, and whether they have noted an intention to use a private mediator in lieu of the Court's mediation program. Liaison Counsel is directed to submit the list to the Court by **June 6, 2014**.

1

The Clerk is directed to send copies of this Order to the parties either electronically through the Electronic Case Filing (ECF) system or by mail.

**SO ORDERED**.

Dated: Brooklyn, New York
       May 9, 2014

                                      /S/   CHERYL L. POLLAK
                                      Cheryl L. Pollak
                                      United States Magistrate Judge

                                      /S/   GARY BROWN
                                      Gary Brown
                                      United States Magistrate Judge

                                      /S/ RAMON E. REYES, JR.
                                      Ramon E. Reyes, Jr.
                                      United States Magistrate Judge