Wendell H. Gauthier
(1943-2001)
John W. Houghtaling, II
James M. Williams
Celeste A. Gauthier
Edward F. Downing, III [1]
Frederick W. Bradley
Earl G. Perry, Jr.
Inemesit U. O'Boyle
Sean Greenwood [2]
Alanah O. Hebert
Cate E. Biggs [3]
Sean E. Comerford [4]
Kristen Morris [5]
Jonathan D. Wasielewski

# GAUTHIER
# HOUGHTALING
# & WILLIAMS

*Attorneys at Law*

*Of Counsel*
Eric J. O'Bell [3]
Tracey Rannals Bryan
Patrick C. McGinnis [3]

[1] Admitted in Texas & Louisiana
[2] Admitted in Texas & New York
[3] Admitted in Texas
[4] Admitted in New Jersey & New York
[5] Admitted in New York

www.ghwlegal.com

June 27, 2014

**VIA ECF**
Honorable Cheryl Pollak
Honorable Gary Brown
Honorable Ramon Reyes, Jr.
U.S. District Court, EDNY
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **In re Hurricane Sandy Cases 14-MC-41**

Dear Judges Pollak, Brown and Reyes:

In CMO NO. 8 (see Document 422, at 3-4), you ordered that the Gauthier firm respond to Defendants' Liaison Counsel's letter of June 18, 2014 by July 7, 2014. The firm is actively working on a response. However, in light of the upcoming holiday and shortened number of work days, and the fact that John Houghtaling (whose participation in preparing the response is necessary) is in Europe on another business matter, the undersigned respectfully requests that the Gauthier firm be allowed until July 14, 2014 to file its response.

Respectfully,

Gauthier, Houghtaling & Williams, LLP

Tracey Rannals Bryan

TLRB/com

Cc: Gerald Nielsen, Esquire

Request granted
So Ordered

/s/ CHERYL POLLAK, MJ
6/30/14